# EXHIBIT 1

# Original vs Copy

souk bō'hēmian

2 N D B D R M



**Plagiarized logo, font, abbreviation style**

the bōʹhēmian brands
the local bōʹhēmian
souk bōʹhēmian
nō•mad
ritūal
natïv haūs



**Every brand within the bohemian brands umbrella utilizes diacritics (accent marks) in the spellings for the purposes of differentiation from other brands.**





**Plagiarized concept, deck, format and design**





**Plagiarized concept, deck, format and design**

# ORIGINAL

# COPY





**Plagiarized concept, deck, format and design**



## visualized

- Ritūal would exist on its own and function as the coffee, tea haus, zero proof bar.
- The additional square footage and wider design will help with flow when we have events.

- Ritūal would stay open later after the retail spaces have closed
- A shelved wall would separate Ritūal from Souk, this would not be floor-to-ceiling
- Having this openings allow us to control flow, and separate or control each environment as needed.

## visualized

### level 3
- bnb spaces
- 300 qam's space
- 302 casa de luna
- 306 de la soul

### level 2
- content creation studio
- space 200

**Plagiarized concept, deck, format and design**

# ORIGINAL

# COPY



## souk bōʾhēmian

Continuing within the haūs aesthetic, Souk Bōʾhēmian leans into the idea of a highly curated closet.

With having the additional space, we can take advantage of more fitting rooms, higher ceilings for larger than life pendant lighting, and room for an ever-changing layout.

It will also also allow space to feature rare and collected furniture finds.

RETAIL



## casa de moon

### S P A C E   2

From thoughtfully curated art rooms that spark conversations, to interactive cultural experiences that immerse guests in new worlds, every aspect of their stay is crafted to leave a lasting impression.

books, literature, conversations.

**Plagiarized concept, deck, format and design**





**Plagiarized deck / presentation**





**Plagiarized concept**

**COPY**

**ORIGINAL**



THE BÔ'HÊMIAN BRANDS

# TAKE ME HOME

Everything from the bedding to the room scent would be available for purchase, with the ability to be shipped to their homes. We would curate each room slightly different so it truly feels singular and a home away from home.

Intentional and thoughtful design is intrinsically apart of health and wellness. From the use of colors, textures, and scents. Each design choice is a part of a sensory activation that can set and shift a mood.

2022

THE LÔCAL BÔ'HÊMIAN

Our commitment to enhancing the guest experience goes beyond the ephemeral. With the belief that memories should be tangible, every piece of the experience can be purchased and taken back home. Whether it's a piece of artwork that captures the essence of their journey or a unique cultural artifact that becomes a cherished memento, our guests can carry a piece of their unforgettable stay with them wherever they go.

**Plagiarized concept**

# ORIGINAL

# COPY








# Plagiarized concept





**Plagiarized deck / presentation**





**Plagiarized deck / presentation**



**Presence of the Souk Bohemian brand both within the space and on social media confuses our community into thinking there is a direction affiliation with "mdrm"**

There is a very clear intention to replicate the bohemian brands identity, products, and style; from the hand soap to the olive trees and even in utilizing the builder who did custom carpentry work for both of the bohemian brands' storefronts.





  

Photo of Spencer Miller within mod rm

**There is a very clear intention to replicate the bohemian brands identity, products, and style from the hand soap to the olive trees and even in utilizing the builder who did custom work for the bohemian storefronts.**



**Decks / presentations and 1-sheets were shared with Qamra Clarke via Canva**



**Decks / presentations and 1-sheets were shared with Qamra Clarke via Canva**

# Who is
# CERĒ+MONY

## the Bō'hēmian Brands

The Bō'hēmian Brands is a lifestyle company that encompasses the existence, and free spirit of all seekers. We strive to immerse our community in new cultural experiences and connections through unique finds and aesthetics. Each part of our brand is expressive of the global citizen. We creatively express our passion for the bō'hēmian lifestyle through food, art, fashion, and design.

Our brand is an intersection between local and global artistry.









## 2NDBDRM®

is a lifestyle-centric space for discovery and storytelling. Music discovery. Art discovery. Design discovery. Our intention is to not only widen the palette of the Atlanta consumer but also to elevate it into new spaces. At its core console is a space for collection, creation + community. When it comes to music, we want to bring back the excitement of discovering a new artist, or new genre — something that the digital landscape has sadly alleviated for many everyday consumers.

Our space features visual art from local and global artists seeking to connect with new and old collectors. As well, we retail furniture from budding furniture designers looking to get their pieces into the right homes.

# about us



## Strategy | Culture | Connect

Toni Williams is a creative consultant and thought leader that has a passion for bringing people together via visual arts, music, placekeeping and placemaking. Her level of expertise includes project management, strategic planning, programming and real estate. Furthermore, she is confident in her ability to utilize systematic thinking as fuel for her dynamic problem-solving and execution strategies. Toni holds a Masters of Public Health in Informatics and is a licensed real estate broker in Georgia.



## Design | Creative | Experience

As a visionary in the realm of experiential design, Qamra creates immersive environments where every detail contributes to a larger narrative. Her level of expertise includes curation, design and leveraging social media to increase visibility. With a keen eye for innovation and a passion for blending art and culture, her craft transcends mere functionality. Qamra has a background in Fashion Design and Marketing.

THIS DOCUMENT AND THE INFORMATION IN IT ARE PROVIDED IN CONFIDENCE, FOR THE SOLE PURPOSE OF MODROOM, AND MAY NOT BE DISCLOSED TO ANY THIRD PARTY OR USED FOR ANY OTHER PURPOSE WITHOUT THE EXPRESS WRITTEN PERMISSION OF CULTIVATING CULTURES, LLC.