# UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SOUK BOHEMIAN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, <br><br> QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, <br><br> And CULTIVATING CULTURES LLC, <br><br> Defendants, <br><br> v. <br><br> VANESSA COORE VERNON, <br><br> Third Party Defendant. | CIVIL ACTION FILE NO. <br><br> 1:24-cv-03384-ELR |

**ANSWER OF THIRD-PARTY DEFENDANT VANESSA COORE VERNON**

COMES NOW, Third-Party Defendant VANESSA COORE VERNON.

("Vernon") and Plaintiff SOUK BOHEMIAN, LLC (collectively, "Plaintiffs"),

1

and, by and through her undersigned counsel of record, and hereby files this Answer to Defendants CULTIVATING CULTURES, LLC and TONI WILLIAMS' (collectively, "Defendants") Third Party Complaint.

## ANSWER

1. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

## PARTIES, JURISDICTION AND VENUE

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

## FACTUAL BACKGROUND

8. Vernon admits to sending an email but denies that it contained any false assertions.

9. To the best of her recollection, Vernon made a statement to Mr. Goldberg. The statement was not defamatory and Plaintiffs deny the remaining allegations of this paragraph.

10. Plaintiffs object to this allegation to the extent that it calls for multiple legal conclusions. Subject to this objection, Vernon forwarded an email to third parties warning them that they could be placing their businesses at risk by trusting Defendant.

11. Vernon admits to making some social media posts. Vernon denies the remaining allegations of this paragraph, including the allegations that these posts were defamatory or false.

12. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

13. Admitted.

14. Vernon denies the allegations of this paragraph of the Third-Party Complaint. She has not "failed" or "refused" to do anything, considering that the statements at issue are neither false nor defamatory.

## Count I - Defamation

15. Plaintiffs restate and reallege their above responses to the allegations of the Third-Party Complaint.

16. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

17. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

18. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

19. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

20. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

21. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

## Count II – Defamation *Per Se*

22. Plaintiffs restate and reallege their above responses to the allegations of the Third-Party Complaint.

23. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

24. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

25. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

## Count III – Punitive Damages

26. Plaintiffs restate and reallege their above responses to the allegations of the Third-Party Complaint.

27. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

28. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

## Count IV – Attorneys' Fees and Expenses

29. Plaintiffs restate and reallege their above responses to the allegations of the Third-Party Complaint.

30. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

31. Vernon denies the allegations of this paragraph of the Third-Party Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs object to this Third-Party Complaint in its entirety as it improperly conflates Plaintiff and Third-Party Defendant at multiple points, running afoul of the pleading standards of Fed. R. Civ. P. 8.

### SECOND AFFIRMATIVE DEFENSE

Defendants have failed to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Any allegedly defamatory statement was true or substantially true.

### FOURTH AFFIRMATIVE DEFENSE

Any allegedly defamatory statement constitutes non-actionable opinion, rhetorical hyperbole, or figurative language.

### FIFTH AFFIRMATIVE DEFENSE

Any allegedly defamatory statement was protected by absolute or qualified privilege, including but not limited to Third Party Defendant's ethical obligations to business partners.

## SIXTH AFFIRMATIVE DEFENSE

Defendants suffered no actual damages.

## SEVENTH AFFIRMATIVE DEFENSE

The allegedly defamatory statements are protected speech under the First Amendment of the United States Constitution, the Constitution of the State of Georgia, or related law.

## EIGHT AFFIRMATIVE DEFENSE

Defendants are barred from recovery by their own misconduct.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs reserve the right to assert additional defenses as discovery progresses.

WHEREFORE, Plaintiffs pray as follows:

A. Enter a judgment against Cultivating Cultures and Toni Williams on all claims;

B. Deny any and all relief requested by Defendants; and,

C. Award Plaintiffs any such other and further relief as this Court deems just and proper.

This 22nd day of May, 2025.

                                           **CONWAY EADER LLLP**

                                           */s/Granison Eader*

Granison Eader
GA Bar No. 905671
**Hurt Building**
50 Hurt Plaza SE
Suite 1142
Atlanta, Georgia 30303
Tel. 470.764.7164
ted@conwayeader.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SOUK BOHEMIAN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, <br><br> QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, <br><br> And CULTIVATING CULTURES LLC, <br><br> Defendants, <br><br> v. <br><br> VANESSA COORE VERNON, <br><br> Third Party Defendant. | CIVIL ACTION FILE NO. <br><br> 1:24-cv-03384-ELR |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd, 2025, I served ANSWER OF THIRD PARTY DEFENDANT VANESSA COORE VERNON upon all counsel of record and *pro se* defendants via the Court's e-filing system.

This 23rd day of May, 2025

1

CONWAY EADER LLLP

*/s/Jacob Medoff*

Jacob Medoff
GA Bar No. 211318
**Hurt Building**
50 Hurt Plaza SE
Suite 1142
Atlanta, Georgia 30303
Tel. 470.764.7164
jake@conwayeader.com

*Attorney for Plaintiff*