# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-03384-ELR-JSA
### Souk Bohemian LLC v. Williams et al
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 11/20/2025.

TIME COURT COMMENCED: 10:07 A.M.
TIME COURT CONCLUDED: 2:28 P.M.
TIME IN COURT: 4:21
OFFICE LOCATION: Atlanta
COURT REPORTER: Keisha Crump
DEPUTY CLERK: Cheryl Jenkins

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Qamra Clarke appearing Pro Se<br>Granison Eader representing Souk Bohemian LLC<br>Granison Eader representing Vanessa Coore Vernon<br>Jacob Medoff representing Souk Bohemian LLC<br>Jacob Medoff representing Vanessa Coore Vernon<br>Kenneth Thompson representing Cultivating Cultures LLC<br>Kenneth Thompson representing Toni Williams |
| OTHER(S) PRESENT: | Vanessa Coore Vernon<br>Toni Williams<br>Qamra Clarke<br>Veronica Wright |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | The Court held a hearing regarding the parties' multiple discovery disputes identified in the Joint Discovery Statement [56] and the Supplemental Joint Discovery Statement [61]. The Court issued a number of rulings and will set forth the rulings in a separate order. |
| HEARING STATUS: | Hearing Concluded |