# LEAVE OF ABSENCE

TO:   All Judges, Clerks of Court, and Counsel of Record
From: Granison Eader
Re:   Notice of Leave of Absence
Date: December 9, 2025

NOW COMES, undersigned counsel Granison Eader, and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

The period of leave during which time Applicant will be away from the practice of law, and the purpose of the leave is:

    January 2 - 8, 2026:                                   Travel

All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 9th day of December, 2025.

                                            **CONWAY EADER LLLP**

                                            */s/Granison Eader*
                                            Granison Eader
                                            GA Bar No. 905671
                                            **Hurt Building**
                                            50 Hurt Plaza SE
                                            Suite 1142
                                            Atlanta, Georgia 30303
                                            Tel. 470.745.2640
                                            ted@conwayeader.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the within and foregoing ***NOTICE OF LEAVE OF ABSENCE*** was served electronically by operation of the Court's electronic filing system on all electronic filers of record.

This 4th day of December, 2025

                                            **CONWAY EADER LLLP**

                                            */s/Granison Eader*

                                            Granison Eader
                                            GA Bar No. 905671
                                            **Hurt Building**
                                            50 Hurt Plaza SE
                                            Suite 1142
                                            Atlanta, Georgia 30303
                                            Tel. 470.745.2640
                                            ted@conwayeader.com