UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SOUK BOHEMIAN, LLC, <br><br>    Plaintiff, <br><br>  v. <br><br>TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, <br><br>QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, <br><br>And CULTIVATING CULTURES LLC, <br><br>    Defendants, <br><br>  v. <br><br>VANESSA COORE VERNON, <br><br>    Third Party Defendant. | CIVIL ACTION FILE NO. <br><br>1:24-cv-03384-ELR |

**<u>JOINT STATUS REPORT</u>**

1

COME NOW, Plaintiff SOUK BOHEMIAN, LLC, Defendants TONI WILLIAMS, QAMRA CLARKE, and CULTIVATING CULTURES LLC, and Third-Party Defendant VANESSA COORE VERNON (collectively, the "Parties") and jointly submit this JOINT STATUS REPORT pursuant to the Court's November 25, 2025, Order.

## STATUS REPORT AND DISCOVERY TIMELINE

The parties met and conferred on December 3, 2025, via Zoom to discuss the Court's Order dated November 25, 2025. The parties are supplementing their responses in order to come into compliance with the Court's Order and will serve compliant responses and have agreed to do so no later than December 19, 2025.

The parties have also discussed the need or supplemental production. Plaintiff has proposed search terms to be utilized in connection with text messages and email communications, and the parties will finalize those terms no later than December 19, 2025. Defendants have agreed to supplement their production by January 16, 2026. Plaintiff has agreed to review the supplemental production, and the parties shall provide a joint report to the Court summarizing the conclusion of written discovery on or before January 30, 2025.

Following the conclusion of written discovery, in accordance with the Court's suggestion, the parties intend to jointly move the Court to stay the present matter and Order the parties to Judicial Mediation in hopes of reaching a negotiated agreement. Should mediation fail to reach an accord, the parties would request a brief, 45 day period in which to conduct depositions, at which point the case will be ripe for dispositive motions or trial.

This 12th day of December, 2025.

                                         **CONWAY EADER LLLP**

                                         */s/Jacob Medoff*

                                         Jacob Medoff
                                         GA Bar No. 211318
                                         **Hurt Building**
                                         50 Hurt Plaza SE
                                         Suite 1142
                                         Atlanta, Georgia 30303
                                         Tel. 470.764.7164
                                         jake@conwayeader.com

                                         *Attorney for Plaintiff and Third Party Defendant*

And with the express permission of:

                                         **PIERSON FERDINAND LLP**

                                         Kenneth Thompson, Jr.
                                         */s/ Kenneth Thompson, Jr.*
                                         Georgia Bar No. 708706

        260 Peachtree Street NE
        Suite 2200 Atlanta, GA 30304
        770-722-7404
        kenneth.thompson@pierferd.com
        *Attorney for Defendant Toni Williams*
        *and Cultivating Cultures LLC*

### QAMRA CLARKE

*/s/ Qamra Clarke*
E. ps.qclarke@gmail.com
*Pro Se Defendant*