UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SOUK BOHEMIAN, LLC, | |
|     Plaintiff, | |
| v. | |
| TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, | CIVIL ACTION FILE NO. |
| QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, | 1:24-cv-03384-ELR |
| And CULTIVATING CULTURES LLC, | |
|     Defendants, | |
| v. | |
| VANESSA COORE VERNON, | |
|     Third Party Defendant. | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 18th, 2025, I served PLAINTIFF SOUK

BOHEMIAN, LLC'S COMBINED RESPONSES TO DEFENDANT

CULTIVATING CULTURES, LLC.'S DISCOVERY REQUESTS, PLAINTIFF

SOUK BOHEMIAN, LLC.'S COMBINED RESPONSES TO DEFENDANT

TONI WILLIAMS' DISCOVERY REQUESTS, PLAINTIFF SOUK

BOHEMIAN, LLC.'S RESPONSE TO DEFENDANT QAMRA CLARKE'S

DISCOVERY REQUESTS, and THIRD PARTY DEFENDANT VANESSA

COORE VERNON'S COMBINED RESPONSESS TO DEFENDANT TONI

WILLIAMS' DISCOVERY REQUESTS upon all counsel of record and *pro se*

defendants via email to the following addresses:


Kenneth.thompson@pierferd.com

Ps.qclarke@gmail.com


This 18th day of December, 2025

CONWAY EADER LLLP

 */s/Jacob Medoff*

Jacob Medoff
GA Bar No. 211318
**Hurt Building**
50 Hurt Plaza SE
Suite 1142
Atlanta, Georgia 30303

Tel. 470.764.7164

jake@conwayeader.com

*Attorney for Plaintiff*