IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUK BOHEMIAN LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:24-CV-3384-ELR-JSA |
| TONI WILLIAMS, individually and on | : |
| behalf of Cultivating Cultures LLC, et | : |
| al., | : |
| | : |
| Defendants. | : |

## **O R D E R**

The above-captioned action is before the Court on the parties' Third Joint Status Report [76] filed May 11, 2026, in which Plaintiff states that it has obtained new counsel and requests an additional thirty days to submit a scheduling order. *See* Status Report [76] at 1. Plaintiff's request is **GRANTED**. The parties are **ORDERED** to file a joint status report on the remaining discovery by **June 10, 2026**. The parties have had nearly six months since the discovery conference on November 20, 2025, and Plaintiff's choice to change counsel in the middle of these obligations is no basis for any further delay. The Court expects to hear by the next status report that the matters ordered in the discovery conference have been completed.

**IT IS SO ORDERED** this 12th day of May, 2026.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE