**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SOUK BOHEMIAN, LLC.,

     Plaintiff,

  v.

TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, and CULTIVATING CULTURES LLC.,

     Defendants,

v.

VANESSA COORE VERNON,
Third Party Defendant.

Case No.
1:24-cv-03384-ELR

<u>**MOTION FOR EXTENSION OF DISCOVERY**</u>

**COMES NOW** Souk Bohemian, LLC, ("Plaintiff") by and through its counsel, and requests this Court for an extension of the discovery period for ninety (90) days.

On or about April 17, 2026, the undersigned counsel entered a Substitution of Counsel in this matter. [Dkt. #75]. Subsequently, the undersigned counsel has conducted meetings with Plaintiff and Plaintiff's former counsel and has determined

that there have not been any depositions taken in this matter, and that there has been minimal discovery conducted. In order to position this case in the best posture possible for mediation, and thereafter, trial, it will be in all parties' best interest for additional discovery to be conducted.

In addition, in the Joint Status Report filed on December 12, 2025, the parties agreed to a 45-day period for conducting depositions following their participation in Judicial Mediation. Plaintiff, however, believes that completing the remaining discovery and depositions before mediation would better position the parties to evaluate the strengths and weaknesses of their respective claims and defenses, thereby increasing the likelihood of a meaningful and successful resolution at mediation.

Based on the foregoing, Plaintiff requests a ninety (90) day extension of discovery. Thereafter, Plaintiff agrees to mediate this matter within thirty (30) days after the close of discovery. A proposed Order granting the Motion is enclosed herein as Exhibit "A."

Respectfully submitted this 10th day of June 2026.

**WEINSTEIN & BLACK, LLC**

*/s/Michael B. Weinstein*                          */s/Gladys Reyes-Huesca*
Michael B. Weinstein                               Gladys Reyes-Huesca
Georgia Bar No. 746386                             Georgia Bar No. 887685
mike@wblegal.net                                   gladys@wblegal.net

3050 Amwiler Rd., Suite 200-C,                     Ph: (404) 228-2629
Atlanta, GA 30360                                  *Counsels for Plaintiff*

# **<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA**
**DIVISION**

SOUK BOHEMIAN, LLC.,

    Plaintiff,

  v.

TONI WILLIAMS, individually and on behalf of
CULTIVATING CULTURES LLC, QAMRA
CLARKE, individually and on behalf of
CULTIVATING CULTURES LLC, and
CULTIVATING CULTURES LLC.,

    Defendants,

v.

VANESSA COORE VERNON,
Third Party Defendant.

Case No.
1:24-cv-03384-ELR

**ORDER GRANTING**
**MOTION TO EXTEND DISCOVERY**

This matter is before the Court on Plaintiff's Motion to Extend Discovery. For good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted and the discovery period in this matter shall be extended for a period of ninety (90) days from the date of this Order.

IT IS FURTHER ORDERED that the parties shall participate in mediation within thirty (30) days of the close of discovery.

IT IS SO ORDERED, this _____ day of _____ 2026.

_____
JUSTIN S. ANAND
United States Magistrate Judge