**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SOUK BOHEMIAN, LLC.,

     Plaintiff,

  v.

TONI WILLIAMS, individually and on behalf of
CULTIVATING CULTURES LLC, QAMRA
CLARKE, individually and on behalf of
CULTIVATING CULTURES LLC, and
CULTIVATING CULTURES LLC.,

     Defendants,

v.

VANESSA COORE VERNON,
Third Party Defendant.

Case No.
1:24-cv-03384-ELR

## <u>FOURTH JOINT STATUS REPORT</u>

COME NOW, Plaintiff SOUK BOHEMIAN, LLC. ("Plaintiff") and Defendants QAMRA CLARKE, TONI WILLIAMS, and CULTIVATING CULTURES, LLC. (the "Defendants") and hereby jointly submit the following Fourth Joint Status Report pursuant to the Court's February 13th, 2026, Order.

## <u>STATUS REPORT</u>

Contemporaneous with the filing of this Status Report, Plaintiff has filed a Motion To Extend Discovery for a period of ninety (90) days. Defendants do not consent to the Motion To Extend Discovery.

In addition, in the Joint Status Report filed on December 12, 2025, the parties agreed to a 45-day period for conducting depositions following their participation in Judicial Mediation. Plaintiff, however, believes that completing the remaining discovery and depositions before mediation would better position the parties to evaluate the strengths and weaknesses of their respective claims and defenses, thereby increasing the likelihood of a meaningful and successful resolution at mediation.

If this Honorable Court denies Plaintiff's Motion, the parties shall participate in mediation before proceeding further with the case.

Respectfully submitted this 10th day of June 2026.

**WEINSTEIN & BLACK, LLC**

/s/Michael B. Weinstein                       /s/ Qamra Clarke
Michael B. Weinstein                          Qamra Clarke *(with permission)*
Georgia Bar No. 746386                        E. ps.qclarke@gmail.com
Gladys Reyes-Huesca
Georgia Bar No. 887685                        *Pro Se Defendant*
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
(404) 228-2629 (Office)
mike@wblegal.net
gladys@wblegal.net
*Attorneys for Plaintiff*

**PIERSON FERDINAND LLP**
*/s/ Kenneth Thompson, Jr.*
 Kenneth Thompson, Jr. *(with permission)*
Georgia Bar No. 708706 260 Peachtree Street NE
Suite 2200 Atlanta, GA 30304
770-722-7404
kenneth.thompson@pierferd.com
*Counsel for Defendants Cultivating Cultures, LLC. and Toni Williams*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

SOUK BOHEMIAN, LLC.,

     Plaintiff,

  v.

TONI WILLIAMS, individually and on behalf of
CULTIVATING CULTURES LLC, QAMRA
CLARKE, individually and on behalf of
CULTIVATING CULTURES LLC, and
CULTIVATING CULTURES LLC.,

     Defendants,

v.

VANESSA COORE VERNON,
Third Party Defendant.

Case No.
1:24-cv-03384-ELR

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **FOURTH JOINT STATUS REPORT** through this Court's electronic filing system, which shall notify all counsel of record as follows:

Kenneth Thompson, Jr.
Pierson Ferdinand, LLP
260 Peachtree Street NE
Suite 2200 Atlanta, GA 30304
770-722-7404
kenneth.thompson@pierferd.com

Qamra Clarke
E. ps.qclarke@gmail.com
*Pro Se Defendant*

This 10th day of June, 2026.

/s/Michael B. Weinstein
Michael B. Weinstein