# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SOUK BOHEMIAN, LLC,

    Plaintiff,

v.

TONI WILLIAMS, individually and on behalf of CULTIVATING CULTURES LLC, QAMRA CLARKE, individually and on behalf of CULTIVATING CULTURES LLC, and CULTIVATING CULTURES LLC.,

    Defendants,

v.

VANESSA COORE VERNON, Third Party Defendant.

CASE NO.
1:24-cv-03384-ELR

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION OF QAMRA CLARKE** upon all Judges, clerks, and opposing counsel, via statutory electronic service.

Kenneth Thompson, Jr.
Pierson Ferdinand, LLP
260 Peachtree Street NE
Suite 2200 Atlanta, GA 30304
kenneth.thompson@pierferd.com

Qamra Clarke
E. ps.qclarke@gmail.com
*Pro Se Defendant*

This 8th day of July 2026.

/s/ Michael Weinstein
Michael Weinstein