# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-03384-ELR-JSA
### Souk Bohemian LLC v. Williams et al
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Chambers on 07/22/2026.

TIME COURT COMMENCED: 8:34 A.M.
TIME COURT CONCLUDED: 9:13 A.M.          TAPE NUMBER: Zoom
TIME IN COURT: 0:39                       DEPUTY CLERK: Cheryl Jenkins
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Qamra Clarke appearing Pro Se
                        Kenneth Thompson representing Cultivating Cultures LLC
                        Kenneth Thompson representing Toni Williams
                        Michael Weinstein representing Souk Bohemian LLC
                        ** Gladys Reyes-Huesca

OTHER(S) PRESENT:       Toni Williams
                        Vanessa Coore Vernon

PROCEEDING CATEGORY:    Discovery Hearing(Oral Argument Hearing);

MINUTE TEXT:            The Court held a discovery conference with the parties to discuss Defendants' objections to Plaintiff's noticed depositions scheduled for July 23 and 24. After hearing from the parties, the Court overruled Defendants' objections, and DENIED Defendants' Emergency Motion for Protective Order [89] to the extent that it requests a protective order prohibiting Plaintiff from taking depositions on July 23 and 24, or requests that the subpoenas for those depositions be quashed. The Court set another conference as to the remaining discovery disputes at 10:00 a.m. on August 11, but advised the parties that they could contact the Court to change that time if necessary after conferring about their availability.

HEARING STATUS:         Hearing Concluded

ADDL HEARING(S) SCHEDULED:   Discovery Hearing set for August 11, 2026 at 10:00 a.m. in Courtroom 1875;