IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOUK BOHEMIAN LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-CV-3384-ELR-JSA |
| TONI WILLIAMS, individually and on behalf of Cultivating Cultures LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

Plaintiff filed this action on July 30, 2024. On October 22, 2025, this action was referred to the undersigned for the management of discovery in light of multiple discovery disputes between the parties. *See* Order [59]. After more than eighteen months of discovery and numerous extensions, discovery was scheduled to expire on July 27, 2026. *See* Order [80]. In the face of several discovery disputes scheduled to be heard on August 11, 2026, the parties sent an email to the chambers of the undersigned on August 5, 2026, indicating that they were resolving those issues and would submit a proposed order that week for a brief modification of the scheduling order. Nearly a month later, the Court has received no such proposed order.

The Court assumes at this point, in the absence of any communication from the parties, that their remaining discovery is complete and in any event the time has passed for the Court to allow additional extensions. Although discovery technically

expired on July 27, 2026, which date has never been adjusted by any Court order, the Court will deem any deadlines for filing summary judgment motions or a proposed pretrial order set forth in the Local Rules or in any scheduling order from the District Judge to begin running from the date of this Order.

**IT IS SO ORDERED** this 2nd day of September, 2026.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE