KNIGHT | PALMER
ATTORNEYS AT LAW

ONE MIDTOWN PLAZA
SUITE 1201
1360 PEACHTREE STREET, ATLANTA, GEORGIA 30309

P: 404.228.4822 | F: 404.228.4821
www.knightpalmerlaw.com

Bryan M. Knight bknight@knightpalmerlaw.com

September 4, 2026

Honorable Eleanor L. Ross
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re: Notice of Leave of Absence for Bryan M. Knight
September 7 - 9, 2026, October 2, 2026, October 5 - 7, 2026, October 9, 2026, October 12 - 16, 2026, October 23, 2026, October 26 - 28, 2026, November 27 - 30, 2026, December 1 - 3, 2026, December 28 - 31, 2026.

Dear Judge Ross,

Bryan Knight respectfully requests this Court grant him a leave of absence pursuant to Northern District of Georgia Local Rule 83.1(E)(3) on the above dates. The purpose of this leave is for personal vacation. The case listed below is to be protected by said leave of absence:

**1:24-cv-03384-ELR-JSA Souk Bohemian LLC v. Williams et al**

Applicant further has given notice to all counsel of record in the case listed above of his intention for a leave of absence.

Very truly yours,

KNIGHT PALMER, LLC

Bryan M. Knight